IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOHN DAVID ARNOLD,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21cv00533 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| **OFFICER J.T. CREGGER,** *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |         United States District Judge |
| Defendants. | ) | |

Plaintiff John David Arnold, a former inmate proceeding *pro se,* filed this civil rights action under 42 U.S.C. § 1983. After filing this action, Arnold advised the court that he had been released from incarceration. (*See* ECF No. 40.) By order entered February 8, 2022, the court advised Arnold that because he was no longer an inmate, he would not be allowed to pay the filing fee in installments under the Prison Litigation Reform Act. (*See* ECF No. 41.) The court ordered Arnold to pay the balance of the filing fee or otherwise respond to the court's order within 10 days. (*Id.*) The court warned Arnold that failure to pay the filing fee or otherwise respond to the order would result in immediate dismissal of the action without prejudice. (*Id.*) Arnold did not respond to the court's order. Accordingly, the court will dismiss this action without prejudice for failure to comply.

The clerk is directed to forward a copy of this Memorandum Opinion and Order to Arnold.

**ENTERED** this 24th day of February, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE